UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CLARENCE DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 3:05-CV-0128 JM |
| ) | |
| JULIE LAWSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

*OPINION AND ORDER*

When Clarence Davis filed this action, he was a prisoner confined at the St. Joseph County Jail. For purposes of the Prison Litigation Reform Act, the court must determine the plaintiff's status on the date the suit or appeal is "brought." *Abdul-Wadood v. Nathan,* 91 F.3d 1023 (7th Cir. 1996). Mr. Davis was a prisoner when he submitted his complaint.

The court granted Mr. Davis leave to proceed without full prepayment of fees and costs. Granting a prisoner's request to proceed *in forma pauperis* means that the inmate must pay the full filing fee, but may benefit from procedures whereby he will be permitted to pay the fee in installments from his prison trust account. 28 U.S.C. § 1915(b). Mr. Davis has not yet paid the full fling fee in this case.

Mr. Davis has advised the court that he has been released from custody, and is no longer confined in any jail or penal facility. Because Mr. Davis has been released from custody, there is no institutional account from which the initial partial filing fee can be paid.

Section 1915(b)(2) contemplates that a prisoner make installment payments toward the filing fee from his trust account, but a prisoner's release from

incarceration means that there is no longer a prison trust account from which to withdraw payments. When a prisoner is released from custody, the court must reconsider his pauper status and determine his ability to continue to make payments toward the filing fee. *Robbins v. Switzer*, 104 F3d 895, 898 (7th Cir. 1997).

For the foregoing reasons, the court AFFORDS Mr. Davis to and including April 12, 2007, within which to pay the remainder of the filing fee ($242.48), or to advise the court of his current financial situation, and DIRECTS the clerk to forward Mr. Davis a copy of the court's *in forma pauperis* petition for non-prisoners along with this order. Failure to respond to this order may result in this case being dismissed without prejudice and without further notice.

SO ORDERED.

Dated this 2nd Day of April, 2007

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge
